IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00336-RPM

EMERY TWISS,

       Plaintiff-Appellant,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant-Appellee,

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal filed on December 9, 2005, it is

ORDERED that this action is dismissed.

DATED: December 9, 2005

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge